IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AARON D. CRUMP,

      Appellant,

v.

                                      Case No. 5D22-798
                                      LT Case No. 2021-300407-CFDB

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender,
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Aaron Crump, Brooksville, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Robin A. Compton, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.